TOWER LEGAL GROUP P.C.
JAMES A. CLARK (SBN 278372)
RENEE P. ORTEGA (SBN 283441)
11335 Gold Express Drive, Suite 105
Gold River, CA 95670
Telephone: 916-361-6009/Facsimile: 916-361-6019
Email: James.clark@towerlegalgroup.com
         renee.parras@towerlegalgroup.com

Attorneys for Plaintiff
DAVID ALAZZAWI

JACKSON LEWIS P.C.
JAMES T. JONES (SBN 167967)
BAILEY A. McCABE (SBN 322098)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: 916-341-0404/Facsimile: 916-341-0141
Email: James.Jones@jacksonlewis.com
         Bailey.McCabe@jacksonlewis.com

Attorneys for Defendant
ENTERCOM CALIFORNIA, LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ALAZZAWI,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTERCOM, a Corporation, ENTERCOM CALIFORNIA, LLC a Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:20-cv-02295-MCE-JDP<br><br>**JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF PRETRIAL DEADLINES AND ORDER**<br><br>Removed:          11-17-2020<br>Complaint Filed: 09-30-2020<br>Trial Date:         None Set |

Plaintiff David Alazzawi ("Plaintiff") and Entercom California, LLC ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby enter into the following Stipulation and request the Court to extend certain pretrial deadlines, pursuant to applicable Local Rules:

///

///

1

1. The Parties have actively litigated this case. The Parties have engaged in extensive settlement discussions. The Parties have engaged in written discovery. The deposition of Plaintiff has been scheduled November 12, 2021. No trial date has been set at this time.

2. Good cause exists to continue the pretrial deadlines because the Parties have been unable to complete depositions, and may wish to engage in further post-deposition discovery and engage in informal resolution discussions. Because no trial date has been set in this matter, and the Parties are in agreement, no prejudice will be suffered by the Parties and the Court's docket will not be adversely impacted by granting this request.

3. The Parties hereby stipulate to the following new dates and request the Court to modify the scheduling order accordingly:

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Fact Discovery Cut-Off | November 17, 2021 | February 15, 2022 |
| Expert Disclosures | January 16, 2022 | April 16, 2022 |
| Supplemental Expert Lists | February 15, 2022 | May 16, 2022 |
| Dispositive Motions | May 16, 2022 | August 14, 2022 |
| Joint Notice of Trial Readiness | March 17, 2022 | June 15, 2022 |

Dated: November __, 2021     TOWER LEGAL GROUP P.C.


By:_____
    JAMES A. CLARK
    RENEE P. ORTEGA

    Attorneys for Plaintiff
    DAVID ALAZZAWI

Dated: November __, 2021     JACKSON LEWIS P.C.


By:_____
    JAMES T. JONES
    BAILEY A. McCABE

    Attorneys for Defendant
    ENTERCOM CALIFORNIA, LLC

2

STIPULATION AND ORDER FURTHER EXTENDING                *Alazzawi v. Entercom, et al*
TIME TO COMPLETE DEPOSITIONS                           Case No.: 2:20-cv-02295-MCE-JDP

# ORDER

The Court, having considered the foregoing stipulation of the parties, and good cause appearing therefor, makes the following order:

IT IS HEREBY ORDERED THAT THE PRETRIAL DEADLINES ARE CONTINUED AS FOLLOW:

| CATEGORY | PRIOR DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Fact Discovery Cut-Off | November 17, 2021 | February 15, 2022 |
| Expert Disclosures | January 16, 2022 | April 16, 2022 |
| Supplemental Expert Lists | February 15, 2022 | May 16, 2022 |
| Dispositive Motions | May 16, 2022 | August 14, 2022 |
| Joint Notice of Trial Readiness | March 17, 2022 | June 15, 2022 |

**IT IS SO ORDERED.**

Dated: November 12, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE